## Case No. 12,179.

### RUTTER v. MERCHANT.

[1 Cranch, C. C. 36.] [1]

Circuit Court, District of Columbia. July Term, 1801.

**COURTS—JURISDICTIONAL AMOUNT.**

This court has not jurisdiction of an attachment for a sum less than twenty dollars.

Attachment, on the act of assembly of Virginia, issued by a justice of the peace, returnable to the court of hustings for £5 10s. Virginia currency.

THE COURT decided that this court has not jurisdiction, the amount demanded being under twenty dollars, upon the principle that it was the intention of the act concerning the District of Columbia that magistrates should have exclusive jurisdiction of all personal demands under twenty dollars, although the words of the act do not give such jurisdiction exclusively.

CRANCH, Circuit Judge, contra.